UNITED STATES of America,
Plaintiff–Appellee

v.

Danielle Bernard METZ, also known as Boo, Defendant–Appellant.

No. 09–30051.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 15, 2009.

Diane Hollenshead Copes, Assistant U.S. Attorney, Carol Loupe Michel, U.S.

---

Attorney's Office, Eastern District of Louisiana, Walter Francis Becker, Jr., Chaffe, McCall, Phillips, Toler & Sarpy, New Orleans, LA, for Plaintiff–Appellee.

Christopher Albert Aberle, Mandeville, LA, for Defendant–Appellant.

Before KING, STEWART, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Danielle Bernard Metz in an appeal from the denial of her motion to reduce her sentence under 18 U.S.C. § 3582 has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Metz has not filed a response. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.